# EXHIBIT A

**Bernstein Litowitz Berger & Grossmann LLP Announces Securities Class Action Suit Filed Against Synchrony Financial And Certain Of Its Senior Executives**

NEW YORK, Nov. 2, 2018 /PRNewswire/ -- Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") today announced that it has filed a securities class action lawsuit on behalf of Retail Wholesale Department Store Union Local 338 Retirement Fund against Synchrony Financial ("Synchrony" or the "Company") (SYF) and certain of its senior executives. The action, which is captioned Retail Wholesale Department Store Union Local 338 Retirement Fund v. Synchrony Financial, No. 3:18-cv-01818 (D. Conn.), asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of investors in Synchrony stock during the time period of October 21, 2016 and November 1, 2018 (the "Class Period").

The Complaint alleges that during the Class Period, Synchrony falsely represented that its consistent and disciplined underwriting practices had led to a higher quality loan portfolio than those of its competitors. In truth, Synchrony relaxed its underwriting standards and increasingly offered private-label credit cards to riskier borrowers to sustain growth. The truth about Synchrony's credit standards began to be revealed on April 28, 2017, when the Company announced disappointing first quarter 2017 earnings driven by poor loan performance. This news caused Synchrony's shares to decline by $5.25 per share, or nearly 16%.

Following this disclosure, the Company represented that it had tightened credit standards, but falsely characterized those underwriting changes as modest. In fact, the Company had made significant modifications to its underwriting policies, but concealed that these modifications were damaging its relationships with its retail partners, including Walmart.

On July 26, 2018, multiple news outlets reported that Walmart had chosen a competitor to replace Synchrony. Together, these two disclosures caused Synchrony's shares to decline nearly 14%. Then, on November 1, 2018, Walmart sued Synchrony accusing the Company of improper underwriting in connection with the Walmart/Synchrony credit card program. As a result of this disclosure, Synchrony shares declined by over 10%.

If you wish to serve as Lead Plaintiff for the Class, you must file a motion with the Court no later than January 2, 2019, which is the first business day on which the U.S. District Court for the District of Connecticut is open that is 60 days after the publication date of November 2, 2018. Accordingly, the deadline for filing a motion for appointment as Lead Plaintiff is. Any member of the proposed Class may move the Court to serve as Lead Plaintiff through counsel of their choice. Members may also choose to do nothing and remain part of the proposed Class.

If you wish to discuss this Action or have any questions concerning this notice or your rights or interests, please contact Avi Josefson of BLB&G at 212-554-1493, or via e-mail at avi@blbglaw.com. Information about BLB&G can be found online at www.blbglaw.com.

CONTACT:
Avi Josefson
Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of Americas
New York, New York 10020
Telephone: (212) 554-1493