# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Heavy & General Laborers' Locals 472 & 172 Pension Fund** | 10/29/2018 | 90 | $28.65 | $2,578.59 | 11/02/2018 | 90 | $26.79 | $2,411.05 | |
| | 10/19/2018 | 104 | $30.26 | $3,146.77 | 11/02/2018 | 104 | $26.79 | $2,786.10 | |
| | 10/09/2018 | 120 | $31.17 | $3,740.66 | 11/02/2018 | 120 | $26.79 | $3,214.73 | |
| | 09/21/2018 | 63 | $33.75 | $2,125.95 | 11/02/2018 | 63 | $26.79 | $1,687.73 | |
| | 08/31/2018 | 97 | $31.52 | $3,057.71 | 11/02/2018 | 97 | $26.79 | $2,598.57 | |
| | 08/21/2018 | 87 | $31.29 | $2,722.22 | 11/02/2018 | 87 | $26.79 | $2,330.68 | |
| | 08/10/2018 | 41 | $29.71 | $1,217.91 | 11/02/2018 | 41 | $26.79 | $1,098.37 | |
| | 08/03/2018 | 150 | $29.85 | $4,478.13 | 11/02/2018 | 150 | $26.79 | $4,018.41 | |
| | 07/17/2018 | 138 | $32.93 | $4,545.02 | 07/25/2018 | 138 | $33.67 | $4,645.77 | |
| | 05/15/2018 | 77 | $34.23 | $2,635.78 | 07/25/2018 | 77 | $33.67 | $2,592.21 | |
| | 05/15/2018 | 47 | $34.23 | $1,608.85 | 07/25/2018 | 47 | $33.45 | $1,572.13 | |
| | 05/01/2018 | 194 | $32.95 | $6,392.32 | 07/25/2018 | 194 | $33.45 | $6,489.22 | |
| | 04/20/2018 | 192 | $35.32 | $6,781.15 | 07/25/2018 | 192 | $33.45 | $6,422.32 | |
| | 03/28/2018 | 146 | $33.30 | $4,862.37 | 07/25/2018 | 146 | $33.45 | $4,883.64 | |
| | 03/09/2018 | 92 | $37.10 | $3,413.13 | 07/25/2018 | 92 | $33.45 | $3,077.36 | |
| | 02/09/2018 | 239 | $34.89 | $8,337.56 | 07/25/2018 | 239 | $33.45 | $7,994.45 | |
| | 01/17/2018 | 32 | $38.23 | $1,223.50 | 07/25/2018 | 32 | $33.45 | $1,070.39 | |
| | 01/17/2018 | 177 | $38.23 | $6,767.47 | 07/26/2018 | 177 | $29.92 | $5,295.91 | |
| | 12/05/2017 | 223 | $37.42 | $8,345.13 | 07/26/2018 | 223 | $29.92 | $6,672.25 | |
| | 11/03/2017 | 112 | $33.10 | $3,707.57 | 07/26/2018 | 112 | $29.92 | $3,351.08 | |
| | 10/20/2017 | 81 | $32.99 | $2,672.00 | 07/26/2018 | 81 | $29.92 | $2,423.55 | |
| | 10/04/2017 | 128 | $31.67 | $4,053.44 | 07/26/2018 | 128 | $29.92 | $3,829.81 | |
| | 09/26/2017 | 45 | $29.80 | $1,340.95 | 07/26/2018 | 45 | $29.92 | $1,346.42 | |
| | 09/01/2017 | 521 | $30.93 | $16,111.93 | 07/26/2018 | 521 | $29.92 | $15,588.53 | |
| | 09/01/2017 | 1,325 | $30.93 | $40,975.63 | 07/26/2018 | 1,325 | $32.76 | $43,405.15 | |
| | 09/01/2017 | 75 | $30.93 | $2,319.38 | 07/27/2018 | 75 | $29.79 | $2,233.96 | |
| | 07/21/2017 | 118 | $30.54 | $3,604.29 | 08/14/2017 | 118 | $29.75 | $3,511.01 | |
| | 06/30/2017 | 38 | $29.79 | $1,131.89 | 08/14/2017 | 38 | $29.75 | $1,130.66 | |
| | 06/21/2017 | 2,118 | $29.62 | $62,743.84 | 08/14/2017 | 2,118 | $29.75 | $63,019.61 | |
| | 06/13/2017 | 242 | $28.89 | $6,990.17 | 08/14/2017 | 242 | $29.75 | $7,200.54 | |
| | 06/09/2017 | 4,992 | $28.68 | $143,162.57 | 08/14/2017 | 4,992 | $29.75 | $148,533.47 | |
| | 06/08/2017 | 144 | $28.99 | $4,174.85 | 08/14/2017 | 144 | $29.75 | $4,284.62 | |
| | 06/07/2017 | 431 | $28.85 | $12,432.84 | 08/14/2017 | 431 | $29.75 | $12,824.10 | |
| | 05/31/2017 | 35 | $26.71 | $934.99 | 08/14/2017 | 35 | $29.75 | $1,041.40 | |
| | 05/26/2017 | 2,300 | $27.44 | $63,111.54 | 08/14/2017 | 2,300 | $29.75 | $68,434.89 | |
| | 05/26/2017 | 38 | $27.31 | $1,037.59 | 08/14/2017 | 38 | $29.75 | $1,130.66 | |
| | 05/25/2017 | 716 | $27.14 | $19,432.96 | 08/14/2017 | 716 | $29.75 | $21,304.08 | |
| | 05/03/2017 | 16 | $28.84 | $461.43 | 08/14/2017 | 16 | $29.75 | $476.07 | |
| | 04/25/2017 | 13 | $33.78 | $439.16 | 05/01/2017 | 13 | $27.55 | $358.13 | |
| | 04/05/2017 | 6 | $33.88 | $203.29 | 05/01/2017 | 6 | $27.55 | $165.29 | |
| | 03/23/2017 | 5 | $33.60 | $168.02 | 05/01/2017 | 5 | $27.55 | $137.74 | |
| | 03/17/2017 | 5 | $35.18 | $175.89 | 05/01/2017 | 5 | $27.55 | $137.74 | |
| | 03/16/2017 | 4,425 | $35.92 | $158,931.84 | 05/01/2017 | 4,425 | $27.55 | $121,900.47 | |
| | 03/08/2017 | 10 | $35.84 | $358.44 | 05/01/2017 | 10 | $27.55 | $275.48 | |
| | 03/06/2017 | 11,900 | $35.48 | $422,257.22 | 05/01/2017 | 11,900 | $27.55 | $327,822.74 | |
| | 02/28/2017 | 10 | $36.25 | $362.52 | 05/01/2017 | 10 | $27.55 | $275.48 | |
| | 02/22/2017 | 9 | $36.99 | $332.88 | 05/01/2017 | 9 | $27.55 | $247.93 | |
| | 02/14/2017 | 4,537 | $37.01 | $167,926.17 | 05/01/2017 | 4,537 | $27.55 | $124,985.86 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Loss |
|---|---|---|---|---|---|---|---|---|
| 02/14/2017 | 3,663 | $37.01 | $135,577.15 | 05/02/2017 | 3,663 | $28.13 | $103,057.04 | |
| 02/08/2017 | 4 | $35.80 | $143.18 | 05/02/2017 | 4 | $28.13 | $112.54 | |
| 02/06/2017 | 11 | $36.41 | $400.54 | 05/02/2017 | 11 | $28.13 | $309.48 | |
| 01/31/2017 | 12 | $35.60 | $427.16 | 05/02/2017 | 12 | $28.13 | $337.62 | |
| 01/23/2017 | 8,625 | $35.80 | $308,791.39 | 05/02/2017 | 8,625 | $28.13 | $242,660.93 | |
| 01/23/2017 | 11 | $35.69 | $392.63 | 05/02/2017 | 11 | $28.13 | $309.48 | |
| 01/18/2017 | 16 | $35.69 | $571.05 | 05/02/2017 | 16 | $28.13 | $450.15 | |
| 01/11/2017 | 8 | $36.31 | $290.49 | 05/02/2017 | 8 | $28.13 | $225.08 | |
| 01/05/2017 | 311 | $36.87 | $11,466.79 | 01/05/2017 | 311 | $36.89 | $11,473.57 | |
| 01/05/2017 | 7,014 | $36.87 | $258,611.09 | 05/02/2017 | 7,014 | $28.13 | $197,336.08 | |
| 01/03/2017 | 21,300 | $36.70 | $781,603.50 | 05/02/2017 | 21,300 | $28.13 | $599,266.98 | |
| 12/21/2016 | 11 | $37.11 | $408.26 | 05/02/2017 | 11 | $28.13 | $309.48 | |
| 12/02/2016 | 14 | $34.53 | $483.39 | 05/02/2017 | 14 | $28.13 | $393.88 | |
| 11/22/2016 | 9 | $33.92 | $305.31 | 05/02/2017 | 9 | $28.13 | $253.21 | |
| 11/16/2016 | 24 | $33.00 | $792.00 | 05/02/2017 | 24 | $28.13 | $675.23 | |
| 11/15/2016 | 115 | $33.15 | $3,812.26 | 05/02/2017 | 115 | $28.13 | $3,235.48 | |
| 11/14/2016 | 306 | $33.52 | $10,255.87 | 05/02/2017 | 306 | $28.13 | $8,609.19 | |
| 11/14/2016 | 29 | $33.32 | $966.28 | 05/02/2017 | 29 | $28.13 | $815.90 | |
| 11/14/2016 | 21 | $33.41 | $701.64 | 05/02/2017 | 21 | $28.13 | $590.83 | |
| 11/11/2016 | 306 | $32.11 | $9,825.69 | 05/02/2017 | 306 | $28.13 | $8,609.19 | |
| 11/11/2016 | 164 | $31.93 | $5,236.73 | 05/02/2017 | 164 | $28.13 | $4,614.07 | |
| 11/10/2016 | 4,837 | $31.65 | $153,083.79 | 05/02/2017 | 4,837 | $28.13 | $136,087.06 | |
| 11/10/2016 | 28,138 | $31.65 | $890,525.49 | 08/14/2017 | 28,138 | $29.75 | $837,226.49 | |
| 11/10/2016 | 145 | $31.48 | $4,565.11 | 08/14/2017 | 145 | $29.75 | $4,314.37 | |
| 11/10/2016 | 58 | $31.56 | $1,830.68 | 08/14/2017 | 58 | $29.75 | $1,725.75 | |
| | **111,856** | | **$3,800,602.97** | | **111,856** | | **$3,215,236.84** | **($585,366.13)** |

**Heavy & General Laborers' Locals 472 & 172 Annuity Fund**

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 10/29/2018 | 116 | $28.65 | $3,323.52 | 11/02/2018 | 116 | $26.79 | $3,107.57 |
| 10/19/2018 | 131 | $30.26 | $3,963.72 | 11/02/2018 | 131 | $26.79 | $3,509.41 |
| 10/09/2018 | 152 | $31.17 | $4,738.17 | 11/02/2018 | 152 | $26.79 | $4,071.99 |
| 09/21/2018 | 79 | $33.75 | $2,665.87 | 11/02/2018 | 79 | $26.79 | $2,116.36 |
| 08/31/2018 | 123 | $31.52 | $3,877.30 | 11/02/2018 | 123 | $26.79 | $3,295.10 |
| 08/21/2018 | 110 | $31.29 | $3,441.89 | 11/02/2018 | 110 | $26.79 | $2,946.83 |
| 08/10/2018 | 52 | $29.71 | $1,544.66 | 11/02/2018 | 52 | $26.79 | $1,393.05 |
| 08/03/2018 | 191 | $29.85 | $5,702.15 | 11/02/2018 | 191 | $26.79 | $5,116.78 |
| 07/17/2018 | 176 | $32.93 | $5,796.54 | 07/25/2018 | 176 | $33.67 | $5,925.04 |
| 05/15/2018 | 102 | $34.23 | $3,491.55 | 07/25/2018 | 102 | $33.67 | $3,433.83 |
| 05/15/2018 | 63 | $34.23 | $2,156.55 | 07/25/2018 | 63 | $33.45 | $2,107.32 |
| 05/01/2018 | 247 | $32.95 | $8,138.67 | 07/25/2018 | 247 | $33.45 | $8,262.05 |
| 04/20/2018 | 247 | $35.32 | $8,723.67 | 07/25/2018 | 247 | $33.45 | $8,262.05 |
| 03/28/2018 | 187 | $33.30 | $6,227.83 | 07/25/2018 | 187 | $33.45 | $6,255.07 |
| 03/09/2018 | 116 | $37.10 | $4,303.51 | 07/25/2018 | 116 | $33.45 | $3,880.15 |
| 02/09/2018 | 320 | $34.89 | $11,163.26 | 07/25/2018 | 320 | $33.45 | $10,703.87 |
| 01/17/2018 | 41 | $38.23 | $1,567.61 | 07/25/2018 | 41 | $33.45 | $1,371.43 |
| 01/17/2018 | 219 | $38.23 | $8,373.31 | 07/26/2018 | 219 | $29.92 | $6,552.57 |
| 12/05/2017 | 273 | $37.42 | $10,216.23 | 07/26/2018 | 273 | $29.92 | $8,168.27 |
| 11/03/2017 | 145 | $33.10 | $4,799.98 | 07/26/2018 | 145 | $29.92 | $4,338.46 |
| 10/20/2017 | 99 | $32.99 | $3,265.77 | 07/26/2018 | 99 | $29.92 | $2,962.12 |
| 10/04/2017 | 164 | $31.67 | $5,193.47 | 07/26/2018 | 164 | $29.92 | $4,906.95 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 09/26/2017 | 141 | $29.80 | $4,201.64 | 07/26/2018 | 141 | $29.92 | $4,218.78 |
| 07/21/2017 | 163 | $30.54 | $4,978.80 | 08/14/2017 | 163 | $29.75 | $4,849.95 |
| 06/30/2017 | 116 | $29.79 | $3,455.25 | 08/14/2017 | 116 | $29.75 | $3,451.50 |
| 06/21/2017 | 3,327 | $29.62 | $98,559.38 | 08/14/2017 | 3,327 | $29.75 | $98,992.56 |
| 06/08/2017 | 679 | $28.99 | $19,685.57 | 08/14/2017 | 679 | $29.75 | $20,203.17 |
| 06/07/2017 | 2,042 | $28.85 | $58,904.55 | 08/14/2017 | 2,042 | $29.75 | $60,758.28 |
| 05/31/2017 | 168 | $26.71 | $4,487.94 | 08/14/2017 | 168 | $29.75 | $4,998.72 |
| 05/26/2017 | 1,450 | $27.45 | $39,801.78 | 08/14/2017 | 1,450 | $29.75 | $43,143.74 |
| 05/26/2017 | 179 | $27.31 | $4,887.60 | 08/14/2017 | 179 | $29.75 | $5,326.02 |
| 05/25/2017 | 3,407 | $27.14 | $92,469.39 | 08/14/2017 | 3,407 | $29.75 | $101,372.90 |
| 05/03/2017 | 78 | $28.84 | $2,249.46 | 08/14/2017 | 78 | $29.75 | $2,320.84 |
| 04/25/2017 | 62 | $33.78 | $2,094.45 | 05/02/2017 | 62 | $28.13 | $1,744.35 |
| 04/05/2017 | 28 | $33.88 | $948.67 | 05/02/2017 | 28 | $28.13 | $787.77 |
| 03/23/2017 | 23 | $33.60 | $772.89 | 05/02/2017 | 23 | $28.13 | $647.10 |
| 03/17/2017 | 24 | $35.18 | $844.25 | 05/02/2017 | 24 | $28.13 | $675.23 |
| 03/16/2017 | 2,775 | $35.84 | $99,465.99 | 05/02/2017 | 2,775 | $28.13 | $78,073.52 |
| 03/08/2017 | 48 | $35.84 | $1,720.53 | 05/02/2017 | 48 | $28.13 | $1,350.46 |
| 03/03/2017 | 7,500 | $36.09 | $270,695.25 | 05/02/2017 | 7,500 | $28.13 | $211,009.50 |
| 02/28/2017 | 45 | $36.25 | $1,631.35 | 05/02/2017 | 45 | $28.13 | $1,266.06 |
| 02/22/2017 | 43 | $36.99 | $1,590.43 | 05/02/2017 | 43 | $28.13 | $1,209.79 |
| 02/14/2017 | 5,125 | $37.06 | $189,913.03 | 05/02/2017 | 5,125 | $28.13 | $144,189.83 |
| 02/08/2017 | 20 | $35.79 | $715.89 | 05/02/2017 | 20 | $28.13 | $562.69 |
| 02/06/2017 | 50 | $36.41 | $1,820.65 | 05/02/2017 | 50 | $28.13 | $1,406.73 |
| 01/31/2017 | 54 | $35.60 | $1,922.24 | 05/02/2017 | 54 | $28.13 | $1,519.27 |
| 01/24/2017 | 5,450 | $35.99 | $196,125.34 | 05/02/2017 | 5,450 | $28.13 | $153,333.57 |
| 01/23/2017 | 50 | $35.69 | $1,784.69 | 05/02/2017 | 50 | $28.13 | $1,406.73 |
| 01/18/2017 | 74 | $35.69 | $2,641.09 | 05/02/2017 | 74 | $28.13 | $2,081.96 |
| 01/11/2017 | 37 | $36.31 | $1,343.50 | 05/02/2017 | 37 | $28.13 | $1,040.98 |
| 01/05/2017 | 1,474 | $36.81 | $54,265.02 | 01/05/2017 | 1,474 | $36.89 | $54,379.55 |
| 01/05/2017 | 3,151 | $36.81 | $116,003.43 | 05/02/2017 | 3,151 | $28.13 | $88,652.12 |
| 01/04/2017 | 4,491 | $37.67 | $169,171.48 | 05/02/2017 | 4,491 | $28.13 | $126,352.49 |
| 01/04/2017 | 8,934 | $37.67 | $336,534.85 | 08/14/2017 | 8,934 | $29.75 | $265,824.92 |
| 12/21/2016 | 50 | $37.11 | $1,855.72 | 08/14/2017 | 50 | $29.75 | $1,487.72 |
| 12/02/2016 | 67 | $34.53 | $2,313.36 | 08/14/2017 | 67 | $29.75 | $1,993.54 |
| 11/22/2016 | 44 | $33.92 | $1,492.61 | 08/14/2017 | 44 | $29.75 | $1,309.19 |
| 11/16/2016 | 115 | $33.00 | $3,795.01 | 08/14/2017 | 115 | $29.75 | $3,421.74 |
| 11/15/2016 | 541 | $33.15 | $17,934.20 | 08/14/2017 | 541 | $29.75 | $16,097.08 |
| 11/14/2016 | 1,454 | $33.52 | $48,732.12 | 08/14/2017 | 1,454 | $29.75 | $43,262.75 |
| 11/14/2016 | 139 | $33.32 | $4,631.47 | 08/14/2017 | 139 | $29.75 | $4,135.85 |
| 11/14/2016 | 96 | $33.41 | $3,207.50 | 08/14/2017 | 96 | $29.75 | $2,856.41 |
| 11/11/2016 | 1,454 | $32.11 | $46,688.09 | 08/14/2017 | 1,454 | $29.75 | $43,262.75 |
| 11/11/2016 | 777 | $31.93 | $24,810.62 | 08/14/2017 | 777 | $29.75 | $23,119.09 |
| 11/10/2016 | 6,820 | $31.61 | $215,546.10 | 08/14/2017 | 6,820 | $29.75 | $202,924.33 |
| 11/10/2016 | 597 | $31.61 | $18,868.19 | 07/26/2018 | 597 | $29.92 | $17,862.48 |
| 11/10/2016 | 1,717 | $31.61 | $54,265.79 | 07/26/2018 | 1,717 | $32.76 | $56,246.52 |
| 11/10/2016 | 2,154 | $31.61 | $68,077.17 | 07/27/2018 | 2,154 | $29.79 | $64,159.26 |
| 11/10/2016 | 649 | $31.61 | $20,511.65 | 07/30/2018 | 649 | $29.46 | $19,119.02 |
| 11/10/2016 | 2,775 | $31.61 | $87,703.88 | 11/02/2018 | 2,775 | $26.79 | $74,340.58 |
| 11/10/2016 | 6,088 | $31.61 | $192,411.24 | held | 6,088 | $25.23 | $153,595.56 |
| 11/10/2016 | 686 | $31.48 | $21,597.68 | held | 686 | $25.23 | $17,307.25 |
| 11/10/2016 | 275 | $31.56 | $8,679.94 | held | 275 | $25.23 | $6,938.04 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 81,059 | | $2,741,483.90 | | 81,059 | $2,343,276.47 | ($398,207.43) |
| **Heavy & General Laborers' Locals 472 & 172** | | | | | | | | | |
| **Welfare Fund** | | 05/26/2017 | 1,000 | $27.45 | $27,449.50 | 08/14/2017 | 1,000 | $30.07 | $30,071.90 |
| | | 03/16/2017 | 875 | $35.84 | $31,363.15 | 08/14/2017 | 875 | $30.07 | $26,312.91 |
| | | 03/03/2017 | 2,275 | $36.09 | $82,110.89 | 08/14/2017 | 2,275 | $30.07 | $68,413.57 |
| | | 02/14/2017 | 1,625 | $37.06 | $60,216.33 | 08/14/2017 | 1,625 | $30.07 | $48,866.84 |
| | | 01/24/2017 | 1,700 | $35.99 | $61,176.71 | 08/14/2017 | 1,700 | $30.07 | $51,122.23 |
| | | 01/05/2017 | 1,475 | $36.81 | $54,301.83 | 08/14/2017 | 1,475 | $30.07 | $44,356.05 |
| | | 01/04/2017 | 3,750 | $37.67 | $141,258.75 | 08/14/2017 | 3,750 | $30.07 | $112,769.63 |
| | | 11/10/2016 | 7,100 | $31.61 | $224,395.50 | 08/14/2017 | 7,100 | $30.07 | $213,510.49 |
| | | | 19,800 | | $682,272.66 | | 19,800 | | $595,423.62 | ($86,849.04) |
| **Movants' Total** | | | 212,715 | | $7,224,359.53 | | 212,715 | | $6,153,936.93 | *($1,070,422.60)* |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $25.23 as of December 31, 2018 for common stock.