# EXHIBIT A

# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

Stichting Depositary APG Developed Markets Equity Pool, as duly represented by APG Asset Management N.V. in this instance by R.H. Tjabbes and N.C.J. Renkens, hereby certifies, as to the claims asserted under the federal securities laws, that:

1. We are authorized to execute this Certification on behalf of Stichting Depositary APG Developed Markets Equity Pool. We have reviewed a complaint filed in this matter. Stichting Depositary APG Developed Markets Equity Pool, through its legally authorized representative and attorney in fact (*gevolmachtigde*) APG Asset Management N.V., has authorized the filing of this motion for appointment as lead plaintiff.

2. Stichting Depositary APG Developed Markets Equity Pool did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Stichting Depositary APG Developed Markets Equity Pool is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Stichting Depositary APG Developed Markets Equity Pool and APG Asset Management N.V. fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Stichting Depositary APG Developed Markets Equity Pool's transactions in the Synchrony Financial securities that are the subject of this action are set forth in the chart attached hereto.

5. Stichting Depositary APG Developed Markets Equity Pool has not sought to serve as a lead plaintiff or representative party on behalf of a class in any action under the federal securities laws filed during the three-year period preceding the date of this Certification.

6. Stichting Depositary APG Developed Markets Equity Pool will not accept any payment for serving as a representative party on behalf of the Class beyond Stichting Depositary APG Developed Markets Equity Pool's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 24th day of December __, 2018.

_____
Roelof Tjabbes
General Counsel
APG Asset Management N.V. acting as the legally authorized representative of Stichting Depositary APG Developed Markets Equity Pool

**R.H. Tjabbes**
**Authorized signatory**

**N.C.J. Renkens**
**Authorized signatory**



**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 10/21/2016 | 1,076 | 28.1988 |
| Purchase | 10/21/2016 | 4,596 | 28.1204 |
| Purchase | 10/24/2016 | 644 | 28.8433 |
| Purchase | 10/24/2016 | 2,888 | 28.8419 |
| Purchase | 10/25/2016 | 4,526 | 28.5529 |
| Purchase | 10/25/2016 | 3,014 | 28.5857 |
| Purchase | 10/25/2016 | 21,400 | 28.5898 |
| Purchase | 10/26/2016 | 1,437 | 28.6861 |
| Purchase | 10/26/2016 | 2,012 | 28.7787 |
| Purchase | 10/26/2016 | 1,802 | 28.6730 |
| Purchase | 10/27/2016 | 4,936 | 28.9587 |
| Purchase | 10/27/2016 | 1,186 | 28.9692 |
| Purchase | 10/28/2016 | 4,193 | 29.1729 |
| Purchase | 10/28/2016 | 35 | 29.2131 |
| Purchase | 10/31/2016 | 558 | 28.9346 |
| Purchase | 10/31/2016 | 4,145 | 28.9641 |
| Purchase | 11/1/2016 | 182 | 28.6299 |
| Purchase | 11/1/2016 | 1,783 | 28.6768 |
| Purchase | 11/2/2016 | 476 | 28.5335 |
| Purchase | 11/2/2016 | 72 | 28.5493 |
| Purchase | 11/3/2016 | 70 | 28.1630 |
| Purchase | 11/3/2016 | 499 | 28.2303 |
| Purchase | 11/4/2016 | 1,631 | 28.2266 |
| Purchase | 11/4/2016 | 216 | 28.2627 |
| Purchase | 11/7/2016 | 434 | 29.0423 |
| Purchase | 11/7/2016 | 3,041 | 29.0290 |
| Purchase | 11/8/2016 | 660 | 28.8847 |
| Purchase | 11/8/2016 | 4,924 | 28.8761 |
| Purchase | 11/9/2016 | 1,726 | 29.9148 |
| Purchase | 11/9/2016 | 13,713 | 29.8935 |
| Purchase | 11/10/2016 | 414 | 31.1369 |
| Purchase | 11/10/2016 | 8,183 | 31.2712 |
| Purchase | 11/11/2016 | 13,718 | 32.0968 |
| Purchase | 11/14/2016 | 6,181 | 33.4553 |
| Purchase | 11/15/2016 | 853 | 33.2536 |
| Purchase | 11/15/2016 | 228 | 33.2536 |

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 11/16/2016 | 243 | 32.7663 |
| Purchase | 11/16/2016 | 906 | 32.7663 |
| Purchase | 11/16/2016 | 12,500 | 32.7925 |
| Purchase | 11/16/2016 | 26,878 | 32.8201 |
| Purchase | 11/17/2016 | 70 | 32.7753 |
| Purchase | 11/17/2016 | 243 | 32.7753 |
| Purchase | 11/17/2016 | 46,600 | 33.1316 |
| Purchase | 11/17/2016 | 23,700 | 33.1359 |
| Purchase | 11/18/2016 | 25,200 | 33.5131 |
| Purchase | 11/18/2016 | 1,400 | 33.5271 |
| Purchase | 11/21/2016 | 13,200 | 33.5721 |
| Purchase | 11/22/2016 | 6,400 | 33.9452 |
| Purchase | 11/23/2016 | 211 | 34.2030 |
| Purchase | 11/23/2016 | 41,200 | 34.7172 |
| Purchase | 11/23/2016 | 1,300 | 34.6311 |
| Purchase | 11/28/2016 | 31,600 | 34.0507 |
| Purchase | 11/28/2016 | 43,400 | 34.0571 |
| Purchase | 11/28/2016 | 1,000 | 34.0879 |
| Purchase | 11/29/2016 | 79,600 | 33.9475 |
| Purchase | 11/29/2016 | 5,800 | 33.9464 |
| Purchase | 11/30/2016 | 1,400 | 34.4230 |
| Purchase | 12/6/2016 | 41,500 | 35.3964 |
| Purchase | 12/7/2016 | 41,400 | 35.8916 |
| Purchase | 12/8/2016 | 61,500 | 36.5507 |
| Purchase | 12/8/2016 | 15,700 | 36.5523 |
| Purchase | 12/13/2016 | 57,800 | 36.0745 |
| Purchase | 12/14/2016 | 4,243 | 35.8635 |
| Purchase | 12/16/2016 | 2,100 | 36.6595 |
| Purchase | 12/19/2016 | 2,100 | 36.7738 |
| Purchase | 12/21/2016 | 6,400 | 37.0911 |
| Purchase | 12/22/2016 | 2,100 | 36.8571 |
| Purchase | 12/29/2016 | 2,100 | 36.1564 |
| Purchase | 12/30/2016 | 2,100 | 36.2755 |
| Purchase | 1/12/2017 | 900 | 35.8067 |
| Purchase | 1/12/2017 | 57,700 | 35.9687 |
| Purchase | 1/12/2017 | 4,200 | 36.1355 |

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/12/2017 | 1,500 | 36.0074 |
| Purchase | 2/16/2017 | 29,100 | 37.0824 |
| Purchase | 2/16/2017 | 8,858 | 37.0582 |
| Purchase | 2/28/2017 | 5,096 | 36.2400 |
| Purchase | 3/3/2017 | 113,116 | 35.9725 |
| Purchase | 3/6/2017 | 132,790 | 35.5776 |
| Purchase | 3/7/2017 | 43,224 | 35.6928 |
| Purchase | 4/5/2017 | 6,944 | 33.6210 |
| Purchase | 4/7/2017 | 96,100 | 33.1318 |
| Purchase | 4/10/2017 | 71,200 | 33.0792 |
| Purchase | 4/11/2017 | 58,410 | 32.8491 |
| Purchase | 4/12/2017 | 11,090 | 32.9502 |
| Purchase | 5/1/2017 | 43,100 | 27.8429 |
| Purchase | 5/8/2017 | 247,800 | 28.4985 |
| Purchase | 5/11/2017 | 1,400 | 27.0850 |
| Purchase | 5/12/2017 | 1,400 | 26.3507 |
| Purchase | 5/17/2017 | 832,400 | 26.5156 |
| Purchase | 8/3/2017 | 21,100 | 30.0369 |
| Purchase | 8/11/2017 | 33,936 | 29.1415 |
| Purchase | 8/18/2017 | 14,903 | 30.1440 |
| Purchase | 8/31/2017 | 49,500 | 30.7900 |
| Purchase | 10/10/2017 | 16,923 | 31.7713 |
| Purchase | 11/30/2017 | 58,400 | 35.8900 |
| Purchase | 11/30/2017 | 9,300 | 35.8900 |
| Purchase | 12/5/2017 | 62,200 | 37.7647 |
| Purchase | 12/12/2017 | 43,100 | 37.5280 |
| Purchase | 12/13/2017 | 5,200 | 37.1150 |
| Purchase | 12/14/2017 | 200 | 36.9300 |
| Purchase | 12/14/2017 | 500 | 37.0910 |
| Purchase | 12/14/2017 | 1,600 | 37.1827 |
| Purchase | 1/4/2018 | 119,000 | 39.4727 |
| Purchase | 1/8/2018 | 43,500 | 39.4589 |
| Purchase | 1/10/2018 | 800 | 39.8400 |
| Purchase | 1/11/2018 | 25,700 | 39.3893 |
| Purchase | 1/17/2018 | 8,600 | 37.9761 |
| Purchase | 1/18/2018 | 65,600 | 37.3833 |

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 1/19/2018 | 43,300 | 38.1198 |
| Purchase | 1/22/2018 | 30,208 | 39.1628 |
| Purchase | 1/22/2018 | 106,223 | 39.2363 |
| Purchase | 1/22/2018 | 56,187 | 39.1628 |
| Purchase | 1/22/2018 | 197,571 | 39.2363 |
| Purchase | 1/23/2018 | 148,281 | 39.6305 |
| Purchase | 1/23/2018 | 275,797 | 39.6305 |
| Purchase | 1/24/2018 | 133,902 | 39.8061 |
| Purchase | 1/24/2018 | 249,053 | 39.8061 |
| Purchase | 1/25/2018 | 11,678 | 39.6350 |
| Purchase | 1/25/2018 | 104,057 | 39.7072 |
| Purchase | 1/25/2018 | 21,722 | 39.6350 |
| Purchase | 1/25/2018 | 193,543 | 39.7072 |
| Purchase | 1/25/2018 | 109,800 | 39.6627 |
| Purchase | 1/26/2018 | 72,891 | 39.9535 |
| Purchase | 1/26/2018 | 135,575 | 39.9535 |
| Purchase | 1/29/2018 | 143,638 | 40.3655 |
| Purchase | 1/29/2018 | 267,162 | 40.3655 |
| Purchase | 1/30/2018 | 142,170 | 39.8253 |
| Purchase | 1/30/2018 | 264,430 | 39.8253 |
| Purchase | 1/31/2018 | 73,260 | 39.9988 |
| Purchase | 1/31/2018 | 136,260 | 39.9988 |
| Purchase | 3/16/2018 | 41,100 | 35.2596 |
| Purchase | 3/19/2018 | 78,982 | 35.2740 |
| Purchase | 3/20/2018 | 48,513 | 35.4666 |
| Purchase | 3/21/2018 | 22,803 | 35.4831 |
| Purchase | 3/22/2018 | 19,981 | 34.6232 |
| Purchase | 3/27/2018 | 2,200 | 33.4600 |
| Purchase | 3/28/2018 | 40,412 | 32.8620 |
| Purchase | 3/28/2018 | 53,154 | 32.9840 |
| Purchase | 3/28/2018 | 203,498 | 33.1353 |
| Purchase | 3/28/2018 | 70,088 | 32.8620 |
| Purchase | 3/28/2018 | 92,185 | 32.9840 |
| Purchase | 3/28/2018 | 352,927 | 33.1353 |
| Purchase | 3/29/2018 | 116,800 | 33.5300 |
| Purchase | 4/4/2018 | 100 | 33.4600 |

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 4/4/2018 | 1,000 | 33.5215 |
| Purchase | 4/4/2018 | 300 | 33.2700 |
| Purchase | 4/10/2018 | 15,300 | 34.4100 |
| Purchase | 4/10/2018 | 5,300 | 34.4235 |
| Purchase | 4/11/2018 | 10,400 | 34.3654 |
| Purchase | 4/26/2018 | 109,500 | 33.3413 |
| Purchase | 5/8/2018 | 9,100 | 32.8300 |
| Purchase | 5/8/2018 | 49,000 | 33.1190 |
| Purchase | 5/9/2018 | 7,200 | 33.2600 |
| Purchase | 5/9/2018 | 2,300 | 33.1998 |
| Purchase | 5/15/2018 | 4,400 | 33.6500 |
| Purchase | 5/15/2018 | 4,400 | 34.3714 |
| Purchase | 5/15/2018 | 4,500 | 34.1799 |
| Purchase | 5/15/2018 | 15,700 | 34.1842 |
| Purchase | 5/16/2018 | 5,300 | 34.5751 |
| Purchase | 5/16/2018 | 23,300 | 34.7224 |
| Purchase | 5/22/2018 | 21,200 | 36.1524 |
| Purchase | 5/22/2018 | 29,200 | 36.1502 |
| Purchase | 5/22/2018 | 2,100 | 36.1524 |
| Purchase | 5/23/2018 | 81,700 | 35.8932 |
| Purchase | 6/20/2018 | 35,400 | 34.9547 |
| Purchase | 6/20/2018 | 19,500 | 35.0300 |
| Purchase | 6/26/2018 | 24,600 | 33.5639 |
| Purchase | 6/26/2018 | 126,000 | 33.5567 |
| Purchase | 6/27/2018 | 25,200 | 33.3862 |
| Purchase | 6/27/2018 | 174,753 | 33.2720 |
| Purchase | 6/28/2018 | 16,600 | 32.8609 |
| Purchase | 6/28/2018 | 23,276 | 32.8504 |
| Purchase | 6/29/2018 | 8,400 | 33.6153 |
| Purchase | 7/3/2018 | 500 | 33.7574 |
| Purchase | 7/9/2018 | 35,600 | 34.8516 |
| Purchase | 7/9/2018 | 35,600 | 34.3231 |
| Purchase | 7/9/2018 | 47,400 | 34.7724 |
| Purchase | 7/12/2018 | 500 | 34.2745 |
| Purchase | 7/13/2018 | 31,200 | 32.4240 |
| Purchase | 7/16/2018 | 9,300 | 32.5966 |

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 7/17/2018 | 900 | 32.8567 |
| Purchase | 7/18/2018 | 1,400 | 33.2461 |
| Purchase | 7/19/2018 | 1,300 | 33.2680 |
| Purchase | 7/20/2018 | 1,300 | 33.0860 |
| Purchase | 7/23/2018 | 8,100 | 32.9700 |
| Purchase | 7/23/2018 | 37,400 | 33.4997 |
| Purchase | 7/23/2018 | 79,300 | 33.3579 |
| Purchase | 7/23/2018 | 1,800 | 33.3530 |
| Purchase | 7/24/2018 | 1,200 | 33.7075 |
| Purchase | 7/27/2018 | 37,100 | 29.7443 |
| Purchase | 7/30/2018 | 45,700 | 29.4851 |
| Purchase | 7/31/2018 | 32,600 | 29.0077 |
| Purchase | 8/1/2018 | 14,000 | 29.2116 |
| Purchase | 8/2/2018 | 14,600 | 29.4724 |
| Purchase | 8/3/2018 | 8,700 | 29.6030 |
| Purchase | 8/6/2018 | 19,400 | 29.7878 |
| Purchase | 8/7/2018 | 4,800 | 29.8100 |
| Purchase | 8/7/2018 | 266,823 | 30.0099 |
| Purchase | 8/7/2018 | 27,977 | 30.0309 |
| Purchase | 8/8/2018 | 13,700 | 30.1385 |
| Purchase | 8/9/2018 | 15,500 | 29.9663 |
| Purchase | 8/10/2018 | 6,000 | 29.5529 |
| Purchase | 8/13/2018 | 18,600 | 29.3144 |
| Purchase | 8/14/2018 | 46,800 | 29.8721 |
| Purchase | 8/14/2018 | 10,400 | 29.5000 |
| Purchase | 8/14/2018 | 7,590 | 29.7102 |
| Purchase | 8/14/2018 | 234,810 | 29.9344 |
| Purchase | 8/14/2018 | 9,500 | 29.7770 |
| Purchase | 8/15/2018 | 1,400 | 29.7936 |
| Purchase | 8/16/2018 | 1,300 | 30.2452 |
| Purchase | 8/17/2018 | 1,400 | 30.3671 |
| Purchase | 8/20/2018 | 800 | 30.8824 |
| Purchase | 8/21/2018 | 7,447 | 31.0600 |
| Purchase | 8/21/2018 | 101,810 | 31.2866 |
| Purchase | 8/21/2018 | 12,906 | 31.2692 |
| Purchase | 8/22/2018 | 28,243 | 31.4755 |

Case 3:18-cv-01818-VAB   Document 39-3   Filed 01/02/19   Page 10 of 14

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 9/5/2018 | 1,400 | 32.1968 |
| Purchase | 9/26/2018 | 44,335 | 32.1567 |
| Purchase | 9/26/2018 | 8,743 | 32.3749 |
| Purchase | 9/26/2018 | 1,822 | 32.5500 |
| Purchase | 10/1/2018 | 1,200 | 31.5237 |
| Purchase | 10/2/2018 | 5,971 | 31.3690 |
| Purchase | 10/3/2018 | 12,400 | 31.6523 |
| Purchase | 10/5/2018 | 6,600 | 31.4692 |
| Purchase | 10/19/2018 | 1,300 | 31.0021 |
| Purchase | 10/22/2018 | 32,057 | 30.6450 |
| Purchase | 10/22/2018 | 21,000 | 30.8951 |
| Purchase | 10/22/2018 | 7,843 | 31.5100 |
| Purchase | 10/23/2018 | 5,203 | 29.2770 |
| Purchase | 10/25/2018 | 900 | 28.8144 |
| Purchase | 10/31/2018 | 9,500 | 28.8800 |
| Purchase | 11/1/2018 | 11,500 | 29.1467 |
| Sale | 10/28/2016 | (21,400) | 29.0957 |
| Sale | 11/3/2016 | (21,200) | 28.1714 |
| Sale | 11/4/2016 | (21,200) | 28.2479 |
| Sale | 11/4/2016 | (77,057) | 28.2922 |
| Sale | 11/4/2016 | (106,143) | 28.3111 |
| Sale | 11/4/2016 | (102,389) | 28.2922 |
| Sale | 11/4/2016 | (141,037) | 28.3111 |
| Sale | 11/7/2016 | (8,588) | 29.1100 |
| Sale | 11/7/2016 | (158,964) | 29.0318 |
| Sale | 11/7/2016 | (183,776) | 29.0256 |
| Sale | 11/7/2016 | (11,412) | 29.1100 |
| Sale | 11/7/2016 | (211,222) | 29.0318 |
| Sale | 11/7/2016 | (244,191) | 29.0256 |
| Sale | 11/8/2016 | (98,172) | 28.7145 |
| Sale | 11/8/2016 | (122,841) | 28.7791 |
| Sale | 11/8/2016 | (158,070) | 28.7813 |
| Sale | 11/8/2016 | (130,445) | 28.7145 |
| Sale | 11/8/2016 | (163,223) | 28.7791 |
| Sale | 11/8/2016 | (210,035) | 28.7813 |

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 11/11/2016 | (1,400) | 32.1650 |
| Sale | 11/14/2016 | (1,400) | 33.5141 |
| Sale | 12/2/2016 | (700) | 34.5975 |
| Sale | 12/6/2016 | (12,979) | 35.1942 |
| Sale | 12/6/2016 | (25,600) | 35.2331 |
| Sale | 12/6/2016 | (37,600) | 35.1048 |
| Sale | 1/27/2017 | (1,400) | 36.5583 |
| Sale | 1/30/2017 | (32,300) | 36.3402 |
| Sale | 1/30/2017 | (1,400) | 36.3364 |
| Sale | 1/31/2017 | (13,900) | 35.8892 |
| Sale | 2/1/2017 | (2,100) | 36.1552 |
| Sale | 2/2/2017 | (2,100) | 35.4538 |
| Sale | 2/3/2017 | (29,800) | 36.3994 |
| Sale | 2/3/2017 | (7,400) | 36.4171 |
| Sale | 2/3/2017 | (2,100) | 36.3970 |
| Sale | 2/6/2017 | (39,400) | 36.4108 |
| Sale | 2/6/2017 | (6,500) | 36.4144 |
| Sale | 2/7/2017 | (1,400) | 36.2446 |
| Sale | 2/8/2017 | (1,400) | 35.5934 |
| Sale | 2/9/2017 | (1,400) | 36.3261 |
| Sale | 2/10/2017 | (1,400) | 36.3925 |
| Sale | 2/15/2017 | (2,000) | 37.3251 |
| Sale | 2/16/2017 | (2,000) | 36.8535 |
| Sale | 2/17/2017 | (2,000) | 36.4767 |
| Sale | 2/23/2017 | (2,000) | 36.5620 |
| Sale | 2/24/2017 | (2,000) | 36.3030 |
| Sale | 2/27/2017 | (2,000) | 36.6234 |
| Sale | 2/28/2017 | (18,900) | 36.2400 |
| Sale | 3/1/2017 | (2,000) | 36.9495 |
| Sale | 3/8/2017 | (2,000) | 35.8461 |
| Sale | 3/15/2017 | (8,300) | 35.8756 |
| Sale | 3/16/2017 | (1,900) | 35.8513 |
| Sale | 3/17/2017 | (8,500) | 35.2606 |
| Sale | 3/20/2017 | (8,500) | 34.5442 |
| Sale | 3/21/2017 | (1,300) | 33.4184 |
| Sale | 3/22/2017 | (17,400) | 33.1413 |

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 3/23/2017 | (17,400) | 33.4993 |
| Sale | 3/24/2017 | (4,200) | 33.4011 |
| Sale | 3/28/2017 | (41,700) | 33.5390 |
| Sale | 3/30/2017 | (34,100) | 34.3376 |
| Sale | 4/3/2017 | (38,900) | 33.7396 |
| Sale | 4/13/2017 | (6,944) | 32.6111 |
| Sale | 4/17/2017 | (38,400) | 32.7360 |
| Sale | 4/17/2017 | (12,000) | 32.7453 |
| Sale | 4/21/2017 | (55,600) | 33.4768 |
| Sale | 4/24/2017 | (46,200) | 33.8821 |
| Sale | 4/25/2017 | (48,100) | 33.8855 |
| Sale | 4/26/2017 | (47,900) | 33.3523 |
| Sale | 5/2/2017 | (36,500) | 28.3992 |
| Sale | 5/2/2017 | (6,400) | 28.4144 |
| Sale | 5/3/2017 | (9,200) | 28.7517 |
| Sale | 5/4/2017 | (1,400) | 28.6936 |
| Sale | 5/5/2017 | (1,400) | 28.7021 |
| Sale | 5/8/2017 | (1,400) | 28.4782 |
| Sale | 5/17/2017 | (1,600) | 26.4919 |
| Sale | 5/18/2017 | (1,600) | 26.6000 |
| Sale | 5/19/2017 | (1,600) | 27.0744 |
| Sale | 5/24/2017 | (8,000) | 26.8481 |
| Sale | 5/24/2017 | (45,075) | 26.8434 |
| Sale | 5/25/2017 | (1,600) | 27.0088 |
| Sale | 5/26/2017 | (1,600) | 27.4100 |
| Sale | 5/30/2017 | (1,600) | 27.1141 |
| Sale | 5/31/2017 | (38,800) | 26.6055 |
| Sale | 6/1/2017 | (1,600) | 27.1713 |
| Sale | 6/1/2017 | (330,830) | 27.2066 |
| Sale | 6/5/2017 | (1,600) | 27.7166 |
| Sale | 6/6/2017 | (1,600) | 27.9744 |
| Sale | 6/7/2017 | (3,700) | 28.8541 |
| Sale | 6/7/2017 | (19,313) | 28.8589 |
| Sale | 6/8/2017 | (9,387) | 28.9499 |
| Sale | 6/19/2017 | (169,300) | 29.3418 |
| Sale | 7/6/2017 | (25,700) | 29.5183 |

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 7/6/2017 | (25,700) | 29.3689 |
| Sale | 7/18/2017 | (31,400) | 29.3087 |
| Sale | 7/18/2017 | (15,700) | 29.2957 |
| Sale | 7/19/2017 | (15,700) | 29.5268 |
| Sale | 8/31/2017 | (4,903) | 30.7730 |
| Sale | 9/6/2017 | (22,095) | 30.0693 |
| Sale | 9/7/2017 | (21,841) | 29.1773 |
| Sale | 10/10/2017 | (21,800) | 31.7938 |
| Sale | 10/26/2017 | (16,923) | 32.8431 |
| Sale | 10/31/2017 | (11,600) | 32.6200 |
| Sale | 1/11/2018 | (43,500) | 39.5597 |
| Sale | 1/22/2018 | (56,300) | 39.1364 |
| Sale | 1/24/2018 | (52,600) | 39.7692 |
| Sale | 1/31/2018 | (330,100) | 39.7045 |
| Sale | 2/27/2018 | (62,300) | 37.8529 |
| Sale | 2/27/2018 | (4,300) | 37.3900 |
| Sale | 4/19/2018 | (125,800) | 35.2721 |
| Sale | 4/24/2018 | (31,100) | 34.9455 |
| Sale | 5/10/2018 | (27,200) | 33.8540 |
| Sale | 5/15/2018 | (18,800) | 34.2887 |
| Sale | 5/31/2018 | (88,800) | 34.6300 |
| Sale | 6/20/2018 | (5,800) | 34.9397 |
| Sale | 7/18/2018 | (55,200) | 32.9910 |
| Sale | 7/31/2018 | (112,103) | 28.9823 |
| Sale | 8/23/2018 | (500) | 31.4090 |
| Sale | 8/31/2018 | (1,400) | 31.6700 |
| Sale | 9/7/2018 | (700) | 31.8058 |
| Sale | 9/11/2018 | (900) | 32.4260 |
| Sale | 9/13/2018 | (700) | 32.2868 |
| Sale | 9/20/2018 | (200) | 33.5749 |
| Sale | 9/24/2018 | (700) | 33.0698 |
| Sale | 9/26/2018 | (900) | 32.3605 |
| Sale | 10/2/2018 | (500) | 31.3363 |
| Sale | 10/3/2018 | (600) | 31.8117 |
| Sale | 10/4/2018 | (1,000) | 31.5554 |
| Sale | 10/9/2018 | (3,400) | 31.1533 |

**Stichting Depositary APG Developed Markets Equity Pool**
**Transactions in Synchrony Financial**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Sale | 10/9/2018 | (31,600) | 31.1533 |
| Sale | 10/9/2018 | (22,600) | 31.1572 |
| Sale | 10/11/2018 | (30,300) | 30.0037 |
| Sale | 10/11/2018 | (5,700) | 30.0037 |
| Sale | 10/12/2018 | (700) | 29.7509 |
| Sale | 10/22/2018 | (700) | 30.2454 |