UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SYNCHRONY FINANCIAL SECURITIES LITIGATION | No. 3:18-cv-1818-VAB <br><br> <u>CLASS ACTION</u> <br><br> May 17, 2021 |

<u>**RENEWED MOTION TO DISMISS**</u>

Pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, Defendants Synchrony Financial, Margaret M. Keane, Brian D. Doubles, and Thomas M. Quindlen, by and through their undersigned counsel, hereby move to dismiss the remaining claims in the April 5, 2019 Amended Complaint for Violations of the Federal Securities Laws (the "AC") filed by Plaintiffs Stichting Depositary APG Developed Market Equity Pool and Stichting Depositary APG Fixed Income Credits Pool ("Plaintiffs").  As set forth in more detail in the accompanying memorandum of law in support of this motion:

- The AC does not state a claim under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 with respect to the statement made on January 19, 2018 because it fails to plead that the statement was material.

- The AC does not state a claim under Section 10(b) of the Exchange Act and Rule 10b-5 with respect to the statement made on January 19, 2018 because it also fails to plead particularized facts giving rise to the requisite strong inference of scienter, either through

ORAL ARGUMENT REQUESTED

- (i) strong circumstantial evidence of conscious misbehavior or recklessness, or (ii) motive and opportunity to defraud.

- The AC fails to plead loss causation with respect to the alleged corrective disclosures cited in support of its claims under Section 10(b) of the Exchange Act and Rule 10b-5 for the statement made on January 19, 2018.

- The AC does not state a claim under Section 10(b) of the Exchange Act and Rule 10b-5 against Defendants Doubles and Quindlen because they did not make the January 19, 2018 statement.

- The AC fails to state a claim for control person liability under Section 20(a) of the Exchange Act because Plaintiffs do not plead the requisite predicate violation or culpable participation, because the Section 20(a) claim against Defendant Keane is redundant, and because Plaintiffs do not plead the requisite control as to Defendants Doubles and Quindlen.

- The AC fails to state a claim under Section 20A of the Exchange Act because Plaintiffs do not plead particularized facts demonstrating a predicate violation of the Exchange Act, and Plaintiffs fail to meet the contemporaneous trading requirement with respect to certain sales.

Accordingly, the remaining claims in the AC should be dismissed, with prejudice.

Dated:  May 17, 2021

Respectfully submitted,

*/s/ James T. Shearin*
James T. (Tim) Shearin (ct01326)
**PULLMAN & COMLEY LLC**
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601
Telephone: (203) 330-2240
Facsimile: (203) 576-8888
jtshearin@pullcom.com


*/s/ Victor L. Hou*
Victor L. Hou (phv10363)
Jared Gerber (phv09862)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
vhou@cgsh.com
jgerber@cgsh.com

*Counsel for Defendants Synchrony Financial, Margaret M. Keane, Brian D. Doubles, and Thomas M. Quindlen*