**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: SYNCHRONY FINANCIAL SECURITIES LITIGATION | Case No. 3:18-cv-01818-VAB <br><br> CLASS ACTION <br><br> ECF CASE |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT**
**OF CLASS REPRESENTATIVE AND CLASS COUNSEL**

Plaintiff[1] respectfully moves this Court to certify this case as a class action and appoint Plaintiff as Class Representative under Federal Rule of Civil Procedure 23(a) and (b)(3), and to appoint Bernstein Litowitz Berger & Grossmann LLP as Class Counsel and Motley Rice LLP as Liaison Counsel under Rule 23(g).[2] The factual and legal grounds for the relief sought are set forth in the accompanying Memorandum of Law and Declaration of Adam H. Wierzbowski, and accompanying exhibits, filed herewith.

Dated:  June 24, 2022

Respectfully submitted,

*/s/ Adam H. Wierzbowski*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Salvatore J. Graziano (admitted *pro hac vice*)
Adam H. Wierzbowski (admitted *pro hac vice*)
Jesse L. Jensen (admitted *pro hac vice*)
Kate W. Aufses (admitted *pro hac vice*)
1251 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
salvatore@blbglaw.com

---

[1] Plaintiffs are the Court-Appointed Lead Plaintiff Stichting Depositary APG Developed Markets Equity Pool and additional Plaintiff Stichting Depositary APG Fixed Income Credits Pool.

[2] As stated in the supporting memorandum, the proposed Class consists of all persons or entities who purchased or otherwise acquired the common stock of Synchrony between January 19, 2018 and July 12, 2018, inclusive.

adam@blbglaw.com
jesse.jensen@blbglaw.com
kate.aufses@blbglaw.com

*Counsel for Lead Plaintiff Stichting Depositary APG Developed Markets Equity Pool, Plaintiff Stichting Depositary APG Fixed Income Credits Pool and Lead Counsel for the Class*

**MOTLEY RICE LLC**
William H. Narwold (ct 00133)
Mathew P. Jasinski (ct 27520)
20 Church Street, 17th Floor
Hartford, CT  06103
Telephone:  (860) 882-1681
Facsimile:  (860) 882-1682
bnarwold@motleyrice.com
mjasinski@motleyrice.com

*Liaison Counsel for Lead Plaintiff Stichting Depositary APG Developed Markets Equity Pool and Plaintiff Stichting Depositary APG Fixed Income Credits Pool*

2