**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| IN RE: SYNCHRONY FINANCIAL SECURITIES LITIGATION | No. 3:18-cv-1818-VAB <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF ADAM H. WIERZBOWSKI IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF**
<u>**CLASS REPRESENTATIVE AND CLASS COUNSEL**</u>

I, Adam H. Wierzbowski, declare as follows:

1.       I, Adam H. Wierzbowski, am a Partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP ("BLB&G"), which is the Court-appointed Lead Counsel in this matter. I am a member in good standing of the Bar of the State of New York, and I have been admitted *pro hac vice* to practice before this Court. I have personal knowledge of the matters set forth herein.

2.       I respectfully submit this Declaration, together with the attached Exhibits, in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representative and Class Counsel.

3.       Attached as **Exhibit 1** is a true and correct copy of the Expert Report of Dr. Steven P. Feinstein, Ph.D., CFA, dated June 24, 2022.

4.       Attached as **Exhibit 2** is a true and correct copy of the Declaration of APG Asset Management, N.V., represented by Ronald Wuijster and Peter Branner, in support of Plaintiffs' Motion for Class Certification and Appointment of Class Representative and Class Counsel.

5.       Attached as **Exhibit 3** is a true and correct copy of the firm resume for BLB&G, the Court-appointed Lead Counsel and proposed Class Counsel.

6.    Attached as **Exhibit 4** is a true and correct copy of the firm resume of Motley Rice LLP ("Motley"), Plaintiffs' liaison counsel and proposed Liaison Counsel for the Class.

7.    As reflected in the Firm Resumes attached as Exhibits 3 and 4, both BLB&G and Motley are among the most experienced securities class action law firms in the country. For example, BLB&G served as Lead Counsel in *In re WorldCom, Inc. Securities Litigation*, No. 02-cv-3288 (S.D.N.Y.), in which settlements were obtained for the class totaling in excess of $6 billion. BLB&G also secured a resolution of $2.43 billion for the class in *In re Bank of America Corp. Securities, Derivative & ERISA Litigation*, No. 09-md-2058 (S.D.N.Y.), a $1.06 billion recovery for the class in *In re Merck & Co., Inc. Securities, Derivative & "ERISA" Litigation*, No. 05-cv-1151 (D.N.J.), and a $730 million settlement on behalf of the class in *In re Citigroup Inc. Bond Action Litigation*, No. 08-cv-9522 (S.D.N.Y.). As another example, Motley served as lead counsel in *Bennett v. Sprint Nextel Corp.*, No. 2:09-cv-02122-EFM-KMH (D. Kan.), in which it secured a recovery of $131 million for the investor class.

8.    Courts in this Circuit have recognized BLB&G as adequate and qualified class counsel in securities class actions. Such examples include *In re SunEdison, Inc. Securities Litigation*, 329 F.R.D. 124, 147 (S.D.N.Y. 2019); *In re Signet Jewelers Limited Securities Litigation*, 2019 WL 3001084, at *9 (S.D.N.Y. 2019); *Louisiana Municipal Police Employees Retirement System v. Green Mountain Coffee Roasters, Inc.*, 2017 WL 3149424, at *8 (D. Vt. Jul. 21, 2017); *In re Facebook, Inc. IPO Securities and Derivative Litigation*, 312 F.R.D. 332, 337 (S.D.N.Y. 2015); *In re MF Global Holdings Ltd. Investor Litigation*, 310 F.R.D. 230, 237 (S.D.N.Y. 2015); and *Public Employees' Retirement System of Mississippi v. Goldman Sachs Group, Inc.*, 280 F.R.D. 130, 132 (S.D.N.Y. 2012), among others. BLB&G's advocacy has been described as, for example, the firm taking its "responsibilities to the court very seriously" (*In re*

*Openwave Sys. Sec. Litig.*, No. 07-cv-1309 (DLC), Tr. at 26:22-23 (S.D.N.Y.) (Feb. 27, 2009)), and, as another example, as performing its work "at every juncture with integrity and competence" (*In re WorldCom, Inc. Sec. Litig.*, 2004 WL 2591402, at *17 (S.D.N.Y. Nov. 12, 2004)).

9.      BLB&G and Motley have successfully worked together to achieve significant recoveries for investors. For instance, BLB&G and Motley served as Lead Counsel in *Minneapolis Firefighters' Relief Association v. Medtronic, Inc.*, No. 08-cv-06324 (D. Minn.), which resulted in an $85 million recovery for investors. BLB&G and Motley also served as Lead Counsel in *Hill v. State Street Corp.*, No. 09-cv-12146 (D. Mass.), and achieved a recovery in that case of $60 million for investors.

10.     Attached as **Exhibit 5** is a true and correct copy of an Order issued by the U.S. District Court for the Northern District of California in an unrelated action where BLB&G served as lead counsel for the lead plaintiff in that case, SEB Investment Management AB, and class counsel for the certified class. *See SEB Inv. Mgmt. AB v. Symantec Corp.*, 2021 WL 1540996 (N.D. Cal. Apr. 20, 2021). As reflected in the Order, counsel for an unsuccessful lead plaintiff movant raised questions about BLB&G's hiring of a former employee of SEB. Following discovery and extensive briefing, the court in that case found that the evidence did not establish a *quid pro quo*, and allowed BLB&G to continue as class counsel. *See id.* at *1-2. The court nevertheless ordered BLB&G to bring the Order to the attention of any court in which BLB&G seeks appointment as class counsel, and also to the decisionmaker for the proposed lead plaintiff who is selecting class counsel. *See id.* at *2. Since that Order, the court in *Symantec* granted final approval of the $70 million settlement in the *Symantec* action, commenting on the record that BLB&G "did a good job, so thank you for that." *See SEB Inv. Mgmt. AB v. Symantec Corp.*, No. 3:18-CV-2902-WHA, ECF No. 425 at 18 (N.D. Cal. Feb. 10, 2022). In addition, since the Symantec Order, courts have

3

appointed BLB&G as class counsel in numerous securities class actions, including *In re Oracle Corp. Securities Litigation*, 2022 WL 1459567, at *5 (N.D. Cal. May 9, 2022), *In re Mattel, Inc. Securities Litigation*, 2021 WL 4704578, at *7 (C.D. Cal. Oct. 6, 2021) and *In re Myriad Genetics, Inc. Securities Litigation*, 2021 WL 5882259, at *13 (D. Utah Dec. 13, 2021). BLB&G has provided the *Symantec* Order to proposed Class Representative APG and discussed its content and circumstances with APG. APG has considered the Order and reaffirms its selection of Class Counsel. *See* Ex. 2 ¶9.

11.     Since the inception of this litigation, BLB&G has vigorously prosecuted this action for the benefit of Plaintiffs and the Class. BLB&G's efforts on behalf of, and with the oversight of, APG have included, among other things: (i) conducting a thorough pre-suit investigation; (ii) drafting a detailed Amended Complaint; (iii) briefing Defendants' initial motion to dismiss; (iv) briefing and arguing the partially successful appeal to the Second Circuit Court of Appeals of the Court's initial grant of Defendants' motion to dismiss; (v) successfully briefing Plaintiffs' Opposition to Defendants' renewed motion to dismiss following the Second Circuit's remand of the case to this Court; (vi) negotiating a case schedule and litigating a dispute concerning the scope of discovery; (v) propounding extensive discovery on Defendants, including document requests and interrogatories; (vi) serving document subpoenas to various non-parties who possess relevant information; (vii) responding to written discovery from Defendants and already producing hundreds of pages of documents in response; (viii) retaining and working with an expert economist to evaluate the efficiency of the market for Synchrony stock and to prepare an expert report opining on the efficiency of the market for Synchrony stock and the expert's robust damages methodology in this case; (ix) assembling dedicated teams of experienced attorneys and staff to prosecute the claims on behalf of Plaintiffs and the Class; and (x) drafting and filing this motion for class

certification. BLB&G is committed, and will continue, to vigorously prosecute the action for the benefit of Plaintiffs and the Class.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of June, 2022, in New York, New York.

_/s/ Adam H. Wierzbowski_____
ADAM H. WIERZBOWSKI