**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

Retail Wholesale Department Store Union Local 338 Retirement Fund; Stichting Depositary APG Developed Markets Equity Pool, Stichting Depositary APG Fixed Income Credits Pool; Jeffrey Gilbert, Maureen Aldridge

v.

CIVIL NO. 3:18cv1818(VAB)

Synchrony Financial, Margaret M Keane, Brian D Doubles, Thomas M. Quindlen, David Melito, Paget Alves, Arthur Coviello, Jr., William Graylin, Roy Guthrie, Richard Hartnack,Jeffrey Naylor, Laurel Richie, Olympia Snowe, Barclays Capital Inc., Mizuho Securities USA LLC, Morgan Stanley & Co. LLC, TD Securities (USA) LLC, Blaylock Van, LLC, Castleoak Securities, L.P., CastleOak Securities, L.P., Mischler Financial Group, Inc., R. Seelaus & Co., Inc., The Williams Capital Group, L.P.,

## JUDGMENT

This action came on for consideration before the Honorable Victor A. Bolden, United States District Judge. In a Ruling and Order dated February 3, 2023, the Court certified this action to proceed as a class action on behalf of all persons or entities who purchased or otherwise acquired the common stock of Synchrony Financial ("Synchrony") during the period from January 19, 2018, through July 12, 2018, inclusive (the "Class Period"), and who were damaged (the "Class" or "Class Members").

A motion for final approval of class action settlement was filed on June 26, 2023. Upon review of the stipulation and filings, and following the proceedings held in

EOD: August 7, 2023

connection with the settlement, including a fairness hearing held on July 31, 2023, the Court granted the motion for final approval of the settlement and plan of allocation and the motion for attorney's fees and expenses on August 4, 2023.

Therefore, it is hereby;

**ORDERED, ADJUDGED, and DECREED** that judgment shall enter in accordance with the terms and conditions as set forth in the ruling and order [doc.244] entered on August 4, 2023.

Dated at Bridgeport, Connecticut this 7th day of August 2023.

Dinah Milton Kinney, Clerk
By:
/s/ Joanne Pesta
Deputy Clerk